UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDELAY KFT.,

                Plaintiff,

-*against*-

QX WORLD KFT., WILLIAM C NELSON *also known as* DESIRÉ DUBOUNET, *and* WHITE DOVE GLOBAL MARKETING LTD.,

                Defendants.

**ORDER**

25-cv-4848 (ER)

RAMOS, D.J.:

      On February 17, 2025, Mandelay Kft. filed a complaint against QX World Kft., Desiré Dubounet, and White Dove Global Marketing Ltd. Doc. 1. On October 12, 2025, Dubounet brought counter claims against Mandelay Kft. and cross claims against QX World Kft. and White Dove Global Marketing Ltd. Doc. 59. These counter and cross claims were amended on October 16, 2025. Doc. 60. On November 11, 2025, Dubounet filed a motion in part requesting a preliminary injunction and temporary restraining order against all three parties. Doc. 82.

      Mandelay Kft, QX World Kft, and White Global Marketing Ltd. are directed to respond to Dubounet's motion for preliminary injunction and temporary restraining order by November 21, 2025.

      SO ORDERED.

Dated:  November 14, 2025
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.