UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDELAY KFT.,

                    Plaintiff,

          -against-

QX WORLD KFT., WILLIAM C.
NELSON, *also known as* DESIRÉ
DUBOUNET, *and* WHITE DOVE GLOBAL
MARKETING LTD.,

                    Defendants.

**ORDER**

25-cv-1368 (ER)

RAMOS, D.J.:

     Desire Dubounet's application to seal the letters filed with the Court on December 8,

2025, docs. 98 and 99, is granted.

SO ORDERED.

Dated:    December 10, 2025
          New York, New York

                                        _____
                                             Edgardo Ramos, U.S.D.J.