UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDELAY KFT.,

                        Plaintiff,

            -against-

QX WORLD KFT., WILLIAM C.
NELSON, *also known as* DESIRÉ
DUBOUNET, *and* WHITE DOVE GLOBAL
MARKETING LTD.,

                        Defendants.

**ORDER**

25-cv-1368 (ER)

RAMOS, D.J.:

Mandelay Kft. ("Mandelay") filed a complaint against QX World Kft. ("QX World"), William C. Nelson, also known as Desiré Dubounet ("Dubounet"), and White Dove Global Marketing Ltd. ("White Dove") on February 17, 2025. Doc. 1. Dubounet, proceeding *pro se*, brought counter claims against Mandelay and cross claims against QX World and White Dove on October 12, 2025. Doc. 59. On November 5, 2025, Mandelay filed a motion to dismiss Dubounet's counterclaims. Doc. 77. On November 6, 2025, QX World and White Dove filed a motion to dismiss Dubounet's crossclaims. Doc. 78. On December 1, 2025, Dubounet filed a letter to this Court seeking leave to file a motion to amend her counter and cross claims pursuant to FRCP 15(a). Doc. 93. Mandelay opposes the request, Doc. 101, though QX World and White Dove do not, Doc. 102.

The Court directs Dubounet to file her amended cross and counter claims by January 14, 2026. If Dubounet files amended cross and counter claims, the motions to dismiss Dubounet's cross and counter claims will be moot. *See* Docs. 77, 78. The briefing schedule for any motions

to dismiss the amended cross and counter claims is:  motions due on February 11, 2026,

Dubounet's opposition due by March 11, 2026, and any replies due March 25, 2026.

      SO ORDERED.

Dated:    December 15, 2025
           New York, New York

                                       Edgardo Ramos, U.S.D.J.